IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEBORAH RALPH**                                                                  **PLAINTIFF**

v.                                        **CASE NO. 2:15CV00041 BSM**

**PORTFOLIO RECOVERY**
**ASSOCIATES, L.L.C.**                                                          **DEFENDANT**

## ORDER

Plaintiff Deborah Ralph's motion to dismiss [Doc. No. 16] is granted and this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February 2016.

_____
UNITED STATES DISTRICT JUDGE